AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| MARCUS DENSON | Case Number: 8:01-CR-384-T-26TBM<br>USM Number: 39955-018 |
| | Mary Mills, pda<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1, 2, 3, 4 and 7__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive urinalysis for Cannabinoids on 10/30/2007 | 7/14/2008 |
| 2 | Positive urinalysis for Amphetamines on 1/29/2008 | 7/14/2008 |
| 3 | Written admission by the defendant of Amphetamine use of February 17, 2008 | 7/14/2008 |
| 4 | Positive urinalysis for Amphetamines on 6/21/2008 | 7/14/2008 |
| 7 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer, and being charged with any offense, including a traffic offense | 7/14/2008 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 25, 2008
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

7/8 of 06
Date

Case 8:01-cr-00384-RAL   Document 59   Filed 07/28/08   Page 2 of 2 PageID 107
AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Defendant: Marcus Denson  
Case No.: 8:01-cr-384-T-26TBM  
Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWELVE (12) MONTHS AND ONE (1) DAY**

__X__ The Court makes the following recommendations to the Bureau of Prisons:
That the defendant be sent to FCI Coleman.

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

____ at _____ a.m. p.m. on _____.

_____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

____ before 2 p.m. on _____.

____ as notified by the United States Marshal.

____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____  
DEPUTY UNITED STATES MARSHAL